# SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.

ATTORNEYS AT LAW
111 WEST 57TH STREET
NEW YORK, NEW YORK 10019

ALLEN H. ARROW*
PETER S. SHUKAT
J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN

JASON A. FINESTONE
KYLE D.N. FOGDEN

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471

*ALSO MEMBER CALIFORNIA BAR

WRITER'S E-MAIL
dorothy@musiclaw.com

December 13, 2007

VIA FACSIMILE (212) 805-7901
Judge Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl St., Room 2230
New York, NY 10007

Re:  Stroud Productions and Enterprises, Inc. et al. v.
     Castle Rock Entertainment, Inc. et al.
     Case No. 07-CV-8638 (HB)

Dear Judge Baer:

On behalf of the defendants, we ask that the Court adjourn the pre-trial conference originally scheduled for December 27, 2007 at 2:45 p.m., until a date subsequent to January 2, 2008.

There have been no prior requests to adjourn this pre-trial conference. There has been one prior request for an extension of the defendants' time to file its Answer to the Amended Complaint, which was by Stipulation agreed upon by the parties. Copies of the Stipulation and the current docket report are enclosed.

Adam Bialek, counsel for the plaintiffs, has consented to this request for adjournment of the pre-trial conference.

Respectfully submitted,
SHUKAT ARROW HAFER
WEBER & HERBSMAN, LLP

Dorothy M. Weber

cc:  Adam Bialek, (via email)
     Alice Brodie, (via email)

---

*Handwritten note by Judge:* Granted PTC rescheduled for 1/24/08 at 4:15pm. Bring proposed Pretrial scheduling order. 12/13/07 [signed] Harold Baer

Endorsement:

Granted PTC rescheduled for 1/24/08 at 4:15 P.M. - Bring proposed pre trial scheduling order.