USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/07

Dorothy M. Weber, Esq. (DW 4734)
SHUKAT ARROW HAFER WEBER
& HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
212-245-4580
Attorneys for Castle Rock Entertainment, Inc.,
Warner Bros. Entertainment Inc., and Warner
Independent Pictures, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STROUD PRODUCTIONS & ENTERPRISES, INC. and ANDREW B. STROUD<br><br>Plaintiff,<br><br>v.<br><br>CASTLE ROCK ENTERTAINMENT, INC., WARNER BROS. ENTERTAINMENT INC., and WARNER INDEPENDENT PICTURES, INC.<br><br>Defendants. | 07-CV-8638 (HB)<br><br>STIPULATION EXTENDING TIME |

IT IS HEREBY STIPULATED and agreed to by and between the attorneys for the Plaintiffs, Stroud Productions & Enterprises, Inc. and Andrew B. Stroud, and for the Defendants, Castle Rock Entertainment, Inc., Warner Bros. Entertainment Inc., and Warner Independent Pictures, Inc., that the time by which the Defendants shall answer or otherwise move against the Amended Complaint is hereby extended to and including December 21, 2007.

The attorneys for the Plaintiffs further agree to the Defendants' request to seek an adjournment of the conference currently scheduled for December 27, 2007 until a

date after January 2, 2008, which request shall be made by letter from the Defendants' attorneys to the Court.

There have been no prior requests for extension of time in connection with the Complaint or the Amended Complaint. A current copy of the docket report is enclosed.

The parties further agree that this Stipulation may be executed and shall be sufficient via facsimile or email transmission.

Dated: New York, New York
December 12, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Adam R. Bialek
Thomas A. Leghorn
3 Gannett Drive
White Plains, New York 10604
Telephone: (914) 323-7000
*Attorneys for Plaintiffs:*
Stroud Productions and Enterprises, Inc.
and Andrew B. Stroud

SHUKAT ARROW HAFER WEBER
& HERBSMAN, LLP

By: _____
Dorothy M. Weber, Esq. (DW4734)
111 West 57th St, Suite 1120
New York, New York 10019
(212) 245-4580
*Attorneys for Defendants:*
Castle Rock Entertainment, Inc., Warner
Bros. Entertainment Inc., and Warner
Independent Pictures, Inc.

SO ORDERED:

_____ 12/13/07
Honorable Harold Baer
United States District Judge

2