Dorothy M. Weber, Esq. (DW 4734)
Kyle D.N. Fogden, Esq. (KF 3043)
SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY  10019
212-245-4580
Attorneys for Castle Rock Entertainment,
Warner Bros. Entertainment Inc., and Warner Specialty
Films Inc. d/b/a Warner Independent Pictures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STROUD PRODUCTIONS & ENTERPRISES, INC.
and ANDREW B. STROUD

                                                    07-CV-8638 (HB)

                Plaintiff,

               v.                                   RULE 7.1 STATEMENT

CASTLE ROCK ENTERTAINMENT, INC.,
WARNER BROS. ENTERTAINMENT INC., and
WARNER INDEPENDENT PICTURES, INC.

                Defendants.

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant Castle Rock Entertainment (a private non-governmental party), erroneously sued herein as Castle Rock Entertainment, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

                Time Warner Inc.
                Time Warner Cable Inc.

Dated:      New York, New York
              December 21, 2007

                                        SHUKAT ARROW HAFER WEBER
                                        & HERBSMAN, LLP

                                        By: _____
                                        Dorothy M. Weber, Esq. [DW 4734]
                                        111 West 57th Street, Suite 1120
                                        New York, New York  10019
                                        212-245-4580