Dorothy M. Weber, Esq. (DW 4734)
Kyle D.N. Fogden, Esq. (KF 3043)
SHUKAT ARROW HAFER WEBER
 & HERBSMAN, L.L.P.
111 West 57th Street, Suite 1120
New York, NY 10019
212-245-4580
Attorneys for Castle Rock Entertainment,
Warner Bros. Entertainment Inc., and Warner Specialty
Films Inc. d/b/a Warner Independent Pictures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STROUD PRODUCTIONS & ENTERPRISES, INC.
and ANDREW B. STROUD

          Plaintiff,

v.

CASTLE ROCK ENTERTAINMENT, INC.,
WARNER BROS. ENTERTAINMENT INC., and
WARNER INDEPENDENT PICTURES, INC.

          Defendants.

07-CV-8638 (HB)

RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant Warner Specialty Films Inc. d/b/a Warner Independent Pictures (a private non-governmental party), erroneously sued herein as Warner Independent Pictures Inc. and Warner Independent Pictures Co., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

          Time Warner Inc.
          Time Warner Cable Inc.

Dated:    New York, New York
          December 21, 2007

          SHUKAT ARROW HAFER WEBER
          & HERBSMAN, LLP

          By: _____
          Dorothy M. Weber, Esq. [DW 4734]
          111 West 57th Street, Suite 1120
          New York, New York 10019
          212-245-4580